Case 5:25-cv-00218   Document 15   Filed on 12/09/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| HARDEEP SINGH, § § § § § § § § § | |
| Petitioner, | |
| V. | CIVIL ACTION NO. 5:25-CV-218 |
| WARDEN OF THE PORT ISABEL DETENTION CENTER, ET AL., | |
| Respondents. | |

## ORDER

Petitioner filed a request for an immediate ruling on his habeas petition. (Dkt. No. 14). His petition was initially filed in the Laredo Division of the Southern District of Texas. (Dkt. No. 1). On November 18, Magistrate Judge dos Santos transferred the case to the Brownsville Division, and the case appears to be pending before the court there. (*See Singh v. Warden of Port Isabel Det. Ctr.*, No. 1:25-cv-281 (S.D. Tex. Nov. 21, 2025)). The case in the Laredo Division, as styled in Petitioner's request, (Dkt. No. 14), has been terminated and this Court will not consider the request.

It is so **ORDERED**.

**SIGNED** on December 9, 2025.

John A. Kazen
United States District Judge